# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1002

_____

| | |
|---|---|
| Robert L. Ferrara, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Western District of Missouri. |
| United States of America, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: September 7, 2005
Filed: September 13, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Robert Ferrara appeals the district court's[1] judgment denying his 28 U.S.C. § 2255 motion to vacate his sentence. The sole issue presented--whether United States v. Booker, 125 S. Ct. 738 (2005), is retroactively applicable to final convictions on collateral review--has been resolved, and Ferrara's section 2255 motion is foreclosed. See Never Misses A Shot v. United States, 413 F.3d 781, 783-84 (8th Cir. 2005) (per curiam). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.